UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| SHERYL YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV611-118 |
| ) | |
| AFNI, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Sheryl Young seeks leave to proceed *in forma pauperis* ("IFP") in her Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681x, case against AFNI, Inc. (Doc. 2.) The Court will grant leave to proceed IFP if the plaintiff demonstrates that she cannot, because of her poverty, afford to pay the costs of litigation and still provide for herself and any dependents. 28 U.S.C. § 1915. While a plaintiff need not be absolutely destitute in order to proceed IFP, *Adkins v. E.I. Dupont de Nemours*, 335 U.S. 331, 339 (1948), the fact that financing her own litigation may cause some difficulty is not sufficient to relieve a plaintiff of her obligation to

pay her own way where it is possible for her to do so without undue hardship.

Young's IFP motion states that she is employed at Metal Industries with a monthly average take-home pay of $1200. (Doc. 2 at 1.) She states that she spends a total of $1075 in food, clothing, utilities, and rent. (*Id.* at 4.) She has no other expenses. The numbers suggest that she accumulates $125 a month in unspent funds and has done so for at least two years. If that is the case, she should be able to easily afford to pay the Court's $350 filing fee. The Court, however, suspects that plaintiff has not offered a complete financial picture. For instance, she lists no assets and no savings. (*Id.* at 3.) In other words, she has no motor vehicle to get to work and the additional, unspent $125 she earns per month has mysteriously disappeared. Without a more detailed financial profile, the Court cannot assess whether she possesses resources sufficient to pay the filing fee. Thus, Young is faced with two options. She may either submit the Court's $350 filing fee or provide a new IFP petition including a better financial snapshot. She shall have 14 days from the date of this Order to either pay the filing fee

or supplement her IFP showing. If she does not respond, the Court will recommend that this case be dismissed.

**SO ORDERED** this /s/ day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA