# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | | |
|---|---|---|
| SHERYL YOUNG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. CV611-118 |
| AFNI, INC., | ) ) ) | |
| Defendant. | ) ) | |

## **REPORT AND RECOMMENDATION**

On November 1, 2011, the Court denied Sheryl Young's pro se motion to proceed in forma pauperis ("IFP") since it failed to present a sufficiently detailed "financial snapshot" showing that she was unable to pay the $350 civil case filing fee "without undue hardship." (Doc. 3.) The Court directed her to submit either a more detailed IFP motion or the $350 filing fee within fourteen days. (*Id.* at 2.) She has failed to do so and has apparently abandoned her claim. Accordingly, this case should be **DISMISSED WITHOUT PREJUDICE.**

**SO REPORTED AND RECOMMENDED** this  1st  day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA